IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BEHROUZ BAGHERI and METCO ENGINEERING, INC., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **3:17-CV-788-L** |
| THE CINCINNATI INSURANCE COMPANY,<sup>∗</sup> | § § § § | |
| Defendant. | § § | |

**AMENDED ORDER**

Before the court is Plaintiffs' Motion to Dismiss Without Prejudice (Doc. 25), filed June 1, 2018. The court treats the motion as one filed under Federal Rule of Civil Procedure 41(a)(2), as Rule 41(a)(1) relates to notices and stipulations of dismissal. Defendant, The Cincinnati Insurance Company, filed no opposition to the motion, and the court determines that the motion should be, and is hereby, **granted**. Accordingly, this action is hereby **dismissed without prejudice**, and the parties shall bear their own costs of court. This Amended Order **replaces** the Order (Doc. 26) issued earlier today which contained a typographical error.

**It is so ordered** this 2nd day of November, 2018.

Sam A. Lindsay
United States District Judge

---

∗ The docket sheet lists the defendant as "The Cincinnati Insurance Companies." The correct name of the defendant is "**The Cincinnati Insurance Company**," and the court **directs** the clerk of court to modify the docket sheet to reflect the correct name of the defendant in this action.

**Amended Order – Solo Page**